# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2534

_____

Nichalos A. Goins

*Plaintiff - Appellant*

v.

Oakstar Bank; Oakstar Bancshares, Inc.; Mike Lawson, CEO; Brittany Turnbow,
VP Lending; Doe

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: January 30, 2026
Filed: February 4, 2026
[Unpublished]

_____

Before BENTON, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Nichalos Goins, a Missouri resident, appeals the district court's[1] dismissal of his pro se complaint. After careful de novo review of the record and the parties'

---

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

arguments on appeal, this court finds no basis for reversal. *See Hastings v. Wilson*, 516 F.3d 1055, 1058 (8th Cir. 2008) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____